CELESTE PHILLIPS (State Bar No. 100066)
LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.
46 Bulkley Avenue
Suite C
Sausalito, California 94965
Telephone:  (415) 331-1100
Facsimile:   (415) 331-1195

Attorneys for Plaintiff
Therapeutic Research Faculty

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| THERAPEUTIC RESEARCH FACULTY,<br>   3120 W. March Lane<br>   P.O. Box 8190<br>   Stockton, CA 95208<br><br>              Plaintiff,<br>      vs.<br><br>NBTY, INC.<br>   90 Orville Drive<br>   Bohemia, NY 11716<br><br>              Defendant. | Case No. _____<br><br>**COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF AND FOR DAMAGES**<br><br>**JURY TRIAL DEMANDED** |

Plaintiff Therapeutic Research Faculty ("Therapeutic Research"), by its attorneys, brings this action against NBTY, Inc. ("NBTY"), and for its causes of action states as follows:

**INTRODUCTION**

1. By this Complaint, Therapeutic Research seeks statutory damages, actual damages, compensatory damages, treble damages, punitive and exemplary damages, injunctive relief, and its attorneys' fees and costs pursuant to the Copyright Act, 17 U.S.C. § 501 *et seq.*; the Computer Fraud and Abuse Act, 18 U.S.C. § 1030; Title II of the Electronic Communications Privacy Act, 18 U.S.C. § 2701 *et seq.*; the California Comprehensive Computer Data Access and Fraud Act, Calif. Penal Code § 502; and for breach of contract, trespass, and misappropriation of confidential business information and/or trade secrets.

1

COMPLAINT FOR DECLARATORY
AND INJUNCTIVE RELIEF AND FOR DAMAGES

LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.
46 Bulkley Avenue, Suite C
Sausalito, California 94965
Telephone: (415) 331-1100
Facsimile: (415) 331-1195

2. Therapeutic Research owns copyrights in several publications and reference guides, including the *Natural Medicines Comprehensive Database* ("the Publication"). The Publication is made available annually in a hard copy print edition. In addition, a continually updated online version of the Publication is contained in a passcode-protected area of Therapeutic Research's Internet web site. The online version of the publication is accessed through a username and passcode provided to each online subscriber.

3. Le Naturiste Jean-Marc Brunet ("Le Naturiste") purchased a single-user online subscription to the Publication in May 2002.

4. The moderately priced single-user limited license purchased by Le Naturiste limits access to "one and only one person," either "accessing information for personal use" or "for the benefit of an individual patient or as part of an educational exercise." Despite the terms of this license, the Publication was used to support the operations of a large natural medicines distributor, including drug registration with governmental authorities and support for more than 100 retail stores. Additionally, the passcodes were shared among Le Naturiste employees. Indeed, Therapeutic Research's Internet web site logs indicate accesses far in excess of a typical single user, including numerous occasions when multiple users input the single-user subscription username and passcode *at the same time*.

5. Upon information and belief, NBTY acquired Le Naturiste and all of its assets and liabilities in February 2005.

6. Following acquisition of Le Naturiste, NBTY improperly and deceptively obtained access to the Publication for users from the former Le Naturiste under NBTY's existing institutional license for the Publication. That institutional license limited access to twelve (12) designated researchers, which did not include these employees of a subsequently acquired entity. Moreover, that license did not authorize the higher-volume uses undertaken by the former Le Naturiste employees, including supporting more than 100 retail stores. Such uses are licensed by Therapeutic Research at substantially higher prices.

7. Defendant's actions have irreparably injured and will continue to irreparably injure Therapeutic Research.

2

COMPLAINT FOR DECLARATORY
AND INJUNCTIVE RELIEF AND FOR DAMAGES

LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.
46 Bulkley Avenue, Suite C
Sausalito, California 94965
Telephone: (415) 331-1100
Facsimile: (415) 331-1195

## JURISDICTION

8. Pursuant to 28 U.S.C. §§ 1331 and 1338(a), the Court has subject matter jurisdiction over Therapeutic Research's claims for copyright infringement, brought under the Copyright Act, 28 U.S.C. § 501 *et seq.*; and for violations of the Computer Fraud and Abuse Act, 18 U.S.C. § 1030, and Title II of the Electronic Communications Privacy Act, 18 U.S.C. § 2701 *et seq.* The Court has supplemental jurisdiction over Therapeutic Research's remaining claims pursuant to 28 U.S.C. §§ 1338(b) and 1367.

9. In its license agreements with Therapeutic Research, both Le Naturiste and NBTY consented to the exercise of personal jurisdiction by this Court. Additionally, upon information and belief, this Court has personal jurisdiction over defendant because it (a) purposefully directs activities towards the state of California, including the distribution and retail sale of natural medicines; (b) regularly conducts and solicits business in the state of California; (c) derives substantial revenues from goods and/or services provided to customers in the state of California; and/or (d) regularly and purposefully accessed Therapeutic Research's servers located in California. Upon information and belief, NBTY operates more than 50 retail stores in California.

10. Venue is proper in this Court pursuant to, *inter alia*, 28 U.S.C. § 1400(a).

## PARTIES

11. Plaintiff Therapeutic Research is a corporation incorporated under the laws of California and maintains offices in Stockton, California.

12. Upon information and belief, defendant NBTY is a corporation incorporated under the laws of Delaware and maintains corporate headquarters in Bohemia, New York.

## FACTUAL BACKGROUND

13. Therapeutic Research is an independent organization that provides analysis of drug therapy information and drug therapy advice for medical professionals. Among Therapeutic Research's services and publications is *Natural Medicines Comprehensive Database*, which includes over 1,100 pharmacist-prepared monographs containing detailed evidence-based information.

3

COMPLAINT FOR DECLARATORY
AND INJUNCTIVE RELIEF AND FOR DAMAGES

LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.
46 Bulkley Avenue, Suite C
Sausalito, California 94965
Telephone: (415) 331-1100
Facsimile: (415) 331-1195

14. Therapeutic Research offers subscriptions to the Publication in electronic format. In addition to advantages in searching materials, the online format is updated, and new materials are added, on an almost daily basis.

15. For electronic access to the Publication from Therapeutic Research's web site, subscribers are provided with a confidential passcode.

16. An annual single-user limited-purpose subscription for Internet access to the Publication was available in May 2002 for under $100. Site licenses for organizations or corporations with higher usage patterns, including without limitation where the Publication is used by or for the benefit of many people in retail or helpline operations, are sold for many thousands of dollars.

17. The Publication constitutes original material authored by Therapeutic Research pursuant to the Copyright Act. Therapeutic Research has complied with the copyright laws and is the owner of the exclusive copyrights therein, including the rights infringed by the defendant.

18. The Register of Copyrights has issued Certificates of Registration for the Publication and the updates thereto.

19. Upon information and belief, Le Naturiste was a natural medicines distributor and retailer, associated with more than 100 stores, operations continued by NBTY after its acquisition of Le Naturiste.

20. Le Naturiste purchased a "Basic Single USER license" subscription for one of its employees to have online access to the Publication on May 9, 2002, and agreed to the terms of a "click-through" agreement at that time and on three subsequent occasions: August 26, 2002, December 8, 2003, and October 14, 2004.

21. Each Basic Single User License Agreement specifically provides that access is limited to the individual employee and that "under no circumstances may you permit any other person or entity, including your fellow employees or employer, to use your passcodes for the purpose of accessing the site, nor may you use your passcodes to access the site for anyone else."

22. The Basic Single User License also provides that the subscriber will make "reasonable efforts" to ensure that no one other than the individual employee "obtains access,

4

COMPLAINT FOR DECLARATORY
AND INJUNCTIVE RELIEF AND FOR DAMAGES

LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.
46 Bulkley Avenue, Suite C
Sausalito, California 94965
Telephone: (415) 331-1100
Facsimile: (415) 331-1195

electronically or otherwise, to this site with your passcode or through you." The Basic Single User License states that if others "need access to our website . . . they will need to purchase an additional license."

23.　The Basic Single User License further provides that it permits access only for "accessing information for personal use" or "for the benefit of an individual patient or as part of an educational exercise," expressly excluding access "by any person working for the benefit of a drug information center, hospital, publisher, library or other information clearinghouse . . . the purpose of which is to provide information to multiple professionals, members, customers, clients, beneficiaries, patrons, or other third parties."

24.　Despite defendant's agreement to abide by the terms of the Basic Single User License, Therapeutic Research's web site logs as well as communications from a Le Naturiste employee confirmed that multiple users accessed the Publication and exceeded this license. In addition, Le Naturiste used the Publication to support its retail operations, in violation of its license agreement. Finally, unlike their U.S. counterparts, Canadian regulators require the submission of detailed information to comply with extensive regulations concerning the manufacture, sale and/or distribution of natural medicines products. Le Naturiste used the Publication in connection with its submissions to Canadian regulators without a proper license to do so. Despite repeated demands, defendant failed to remedy these abuses.

25.　Separately, NBTY purchased a corporate license to the Publication for use by its twelve-person research team in the United States. Therapeutic Research's agreement to this license was based upon NBTY's representations that only twelve (12) individuals at NBTY were engaged in natural medicines research and would need access to the Publication, for purposes of general research and advertising claim substantiation. The license granted to NBTY therefore limited access to those twelve (12) "designated" U.S.-based researchers.

26.　Based on information and belief, NBTY subsequently acquired Le Naturiste's assets and liabilities in February 2005.

27.　Shortly thereafter, NBTY inquired as to the cost of increasing the number of users covered by its license to the Publication, without disclosing to Therapeutic Research that proposed

5

COMPLAINT FOR DECLARATORY
AND INJUNCTIVE RELIEF AND FOR DAMAGES

LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.
46 Bulkley Avenue, Suite C
Sausalito, California 94965
Telephone: (415) 331-1100
Facsimile: (415) 331-1195

additional users were formerly of Le Naturiste.  NBTY also did not disclose that they would be supporting a large retail operation or engaging in high-volume drug registration activities.

28.  NBTY declined to purchase an expanded license at the price quoted by Therapeutic Research (a price that was artificially reduced based on NBTY's misrepresentations).  Rather, NBTY directed customer-support staff at Therapeutic Research to enable access under its current license to certain IP addresses, without disclosing that this was to provide access to the users formerly of Le Naturiste, who were not covered by NBTY's license for twelve (12) designated users.  Therapeutic Research website logs document that the subsequent volume of use of the Publication by these by these additional users is several times that of users from the rest of NBTY.  Despite repeated demands, NBTY has failed to remedy these abuses.

29.  As such, NBTY is liable both for the conduct of Le Naturiste prior to its acquisition by NBTY and for NBTY's own conduct following that transaction.  For ease of reference, the references to "defendant" below encompass both patterns of misconduct.

## COUNT ONE:
## COPYRIGHT INFRINGEMENT

30.  Therapeutic Research repeats and realleges the allegations contained in paragraphs 1 through 29 of this Complaint with the same force and effect as if set forth fully herein.

31.  Notwithstanding the provision of the Copyright Act that the display and reproduction of copyrighted works may lawfully be made only by the copyright owner or with its authorization, defendant has willfully and without Therapeutic Research's permission infringed Therapeutic Research's copyrights by engaging in the systematic, regular and repeated unauthorized access to the Publication.

32.  Therapeutic Research has been irreparably harmed by defendant's unauthorized reproduction of its copyrighted works.

33.  In light of the foregoing, Therapeutic Research is entitled to the remedies provided for in 17 U.S.C. §§ 502 *et seq.*

6

COMPLAINT FOR DECLARATORY
AND INJUNCTIVE RELIEF AND FOR DAMAGES

LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.
46 Bulkley Avenue, Suite C
Sausalito, California  94965
Telephone: (415) 331-1100
Facsimile: (415) 331-1195

### COUNT TWO:
### VIOLATIONS OF THE COMPUTER FRAUD AND ABUSE ACT

34.     Therapeutic Research repeats and realleges the allegations contained in paragraphs 1 through 33 of this Complaint with the same force and effect as if set forth fully herein.

35.     Defendant has violated 18 U.S.C. § 1030(a)(2) by intentionally accessing, without authorization, a computer involved in interstate commerce or communication, or by exceeding authorized access to such a computer, and by obtaining from such computer information involving an interstate communication.

36.     Defendant has violated 18 U.S.C. § 1030(a)(5) by knowingly causing the transmission of a code, specifically defendant's confidential username and passcode, or accessing a computer involved in interstate commerce or communication, and by causing damage to a computer involved in interstate commerce or communication.

37.     Defendant has violated 18 U.S.C. § 1030(a)(6) by knowingly and with an intent to defraud trafficking, in a manner that affects interstate commerce, in passcodes and access codes through which Therapeutic Research's computer may be accessed without authorization.

38.     Therapeutic Research has suffered damage and loss by reason of these violations and is entitled to damages, injunctive relief and other equitable relief as provided by 18 U.S.C. § 1030(g).

### COUNT THREE:
### VIOLATIONS OF TITLE II OF THE
### ELECTRONIC COMMUNICATIONS PRIVACY ACT

39.     Therapeutic Research repeats and realleges the allegations contained in paragraphs 1 through 38 of this Complaint with the same force and effect as if set forth fully herein.

40.     Defendant has violated Title II of the Electronic Communications Privacy Act, 18 U.S.C. §§ 2701 *et seq.*, by (a) intentionally accessing without authorization, or by intentionally exceeding an authorization to access, the passcode-protected areas of Therapeutic Research's Internet web site; (b) obtaining access to electronic communications while such communications were in electronic storage in that web site; (c) disclosing such communications to third parties not

7

COMPLAINT FOR DECLARATORY
AND INJUNCTIVE RELIEF AND FOR DAMAGES

LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.
46 Bulkley Avenue, Suite C
Sausalito, California 94965
Telephone: (415) 331-1100
Facsimile: (415) 331-1195

authorized to receive them; and (d) conspiring, encouraging, aiding, abetting, and participating in efforts to do so.

41. Therapeutic Research has been irreparably damaged by defendant's violations of Title II of the Electronic Communications Privacy Act, and is entitled to damages, injunctive relief, and attorneys' fees and costs pursuant to 18 U.S.C. § 2707.

## COUNT FOUR:
## VIOLATIONS OF CALIFORNIA COMPREHENSIVE COMPUTER DATA ACCESS AND FRAUD ACT

42. Therapeutic Research repeats and realleges the allegations contained in paragraphs 1 through 41 of this Complaint with the same force and effect as if set forth fully herein.

43. Defendant has violated California Penal Code § 502(c)(2) by knowingly and fraudulently accessing and without permission, taking, copying and making use of data from a computer, computer system, or computer network.

44. Defendant has violated California Penal Code § 502(c)(3) by knowingly and fraudulently accessing and without permission using computer services.

45. Defendant has violated California Penal Code § 502(c)(6) by knowingly, fraudulently and without permission providing or assisting in providing a means of accessing a computer, computer system or computer network.

46. Defendant has violated California Penal Code § 502(c)(7) by knowingly, fraudulently and without permission accessing or causing to be accessed any computer, computer system or computer network.

47. Therapeutic Research has been injured by these violations of the California Comprehensive Computer Data Access and Fraud Act and is entitled to damages and attorneys' fees pursuant to California Penal Code § 502(e).

## COUNT FIVE:
## BREACH OF CONTRACT

48. Therapeutic Research repeats and realleges the allegations contained in paragraphs 1 through 47 of this Complaint with the same force and effect as if set forth fully herein.

COMPLAINT FOR DECLARATORY
AND INJUNCTIVE RELIEF AND FOR DAMAGES

LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.
46 Bulkley Avenue, Suite C
Sausalito, California 94965
Telephone: (415) 331-1100
Facsimile: (415) 331-1195

49. Therapeutic Research and defendant entered into a valid and enforceable agreement, under which Therapeutic Research provided single-user Internet access to the Publication and a limited license for access by a single user at Le Naturiste; Therapeutic Research provided a confidential passcode to defendant; defendant agreed that access would be limited to one user; defendant agreed not to permit any other person or entity to use the passcode to access the site or to use the passcode to access the site for anyone else; defendant agreed to make reasonable efforts to insure that no one else obtained access to the site with the passcode; and defendant agreed that the license was limited to "accessing information for personal use" or "for the benefit of an individual patient or as part of an educational exercise."

50. Defendant breached its agreement with Therapeutic Research by providing the passcode to multiple persons and permitting those persons to use the passcode to access the Publication for purposes substantially in excess of its license.

51. Defendant further breached its separate contract with Therapeutic Research for a license for twelve "designated" NBTY users by adding additional users without any additional payment, and by adding users whose access to the Publication was materially different in purpose and scope than that authorized by that license agreement.

52. As a direct result of defendant's breach of its agreements with Therapeutic Research, Therapeutic Research has suffered, and continues to suffer, direct and consequential damages.

## COUNT SIX:
## TRESPASS

53. Therapeutic Research repeats and realleges the allegations contained in paragraphs 1 through 52 of this Complaint with the same force and effect as if set forth fully herein.

54. Therapeutic Research maintains passcode-protected areas on its Internet web site.

55. Defendant, without permission from Therapeutic Research, willfully and maliciously entered upon Therapeutic Research's web site.

56. Defendant's actions have caused Therapeutic Research irreparable damages.

9

COMPLAINT FOR DECLARATORY
AND INJUNCTIVE RELIEF AND FOR DAMAGES

LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.
46 Bulkley Avenue, Suite C
Sausalito, California 94965
Telephone: (415) 331-1100
Facsimile: (415) 331-1195

**COUNT SEVEN:**
**MISAPPROPRIATION OF CONFIDENTIAL**
**BUSINESS INFORMATION AND/OR TRADE SECRET**

57. Therapeutic Research repeats and realleges the allegations contained in paragraphs 1 through 56 of this Complaint with the same force and effect as if set forth fully herein.

58. Therapeutic Research licensed a confidential passcode to defendant for use only by a single user, and that passcode was an item of independent economic value.

59. The confidential passcode's value is derived from not being generally known to, and not being readily ascertainable by, other persons who can obtain economic value from disclosure or use of the passcode.

60. Without authorization from Therapeutic Research, defendant misappropriated the passcode and used the passcode for the benefit of Le Naturiste/NBTY.

61. Defendant's misappropriation of Therapeutic Research's confidential passcode was willful and malicious and caused irreparable damage to Therapeutic Research.

WHEREFORE, Therapeutic Research demands judgment in its favor and against defendant, as follows:

(1) that defendant and its employees and agents be preliminarily and permanently enjoined from, directly or indirectly, infringing in any manner any of Therapeutic Research's copyrighted material and from disclosing confidential passcodes to unauthorized persons and entities, and from inducing, aiding, causing or materially contributing to such infringement, including the provision of confidential passcodes to unauthorized users, and from violating the Copyright Act, 17 U.S.C. § 501 *et seq.*; the Computer Fraud and Abuse Act, 18 U.S.C. §§ 1030; Title II of the Electronic Communications Privacy Act, 18 U.S.C. §§ 2701 *et seq.*; and the California Comprehensive Computer Data Access and Fraud Act, Calif. Penal Code § 502;

(2) that defendant be required to pay Therapeutic Research statutory damages for every instance in which Therapeutic Research's copyright was infringed;

10

COMPLAINT FOR DECLARATORY
AND INJUNCTIVE RELIEF AND FOR DAMAGES

LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.
46 Bulkley Avenue, Suite C
Sausalito, California 94965
Telephone: (415) 331-1100
Facsimile: (415) 331-1195

(3) that defendant be required to pay Therapeutic Research enhanced statutory damages for every instance in which Therapeutic Research's copyright was willfully infringed;

(4) that defendant be required to pay Therapeutic Research its actual damages incurred as the result of defendant's infringement of Therapeutic Research's copyrights;

(5) that defendant be required to pay damages (such damages to include lost profits or defendant's profits where appropriate), including without limitation treble damages, punitive damages, and exemplary damages, for (a) violations of the Computer Fraud and Abuse Act, 18 U.S.C. §§ 1030; (b) violations of Title II of the Electronic Communications Privacy Act, 18 U.S.C. §§ 2701 *et seq.*; (c) violations of the California Comprehensive Computer Data Access and Fraud Act, Calif. Penal Code § 502; (d) trespass; and (e) misappropriation of confidential business information and/or trade secret.

(6) that defendant be required to pay Therapeutic Research its direct and consequential damages incurred as the result of defendant's breach of its agreement with Therapeutic Research;

(7) that defendant be required to pay Therapeutic Research its attorneys' fees and other costs of this action; and

(8) for such other and further relief as the Court may deem just and proper.

## JURY DEMAND

Plaintiff hereby demands trial by jury on all issues so triable in this action.

Respectfully submitted,

DATED: November 16, 2005          LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.


By: /s/ Celeste Phillips
    CELESTE PHILLIPS

Attorneys for Plaintiff
THERAPEUTIC RESEARCH FACULTY

11

COMPLAINT FOR DECLARATORY
AND INJUNCTIVE RELIEF AND FOR DAMAGES

LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.
46 Bulkley Avenue, Suite C
Sausalito, California 94965
Telephone: (415) 331-1100
Facsimile: (415) 331-1195

1  Of Counsel:

2  Seth D. Berlin
   Chad R. Bowman
3  LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.
   1050 Seventeenth Street, N.W., Suite 800
4  Washington, D.C. 20036
   Telephone: (202) 508-1100
5  Facsimile: (202) 861-9888

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COMPLAINT FOR DECLARATORY
AND INJUNCTIVE RELIEF AND FOR DAMAGES

**LEVINE SULLIVAN KOCH & SCHULZ,** L.L.P.
46 Bulkley Avenue, Suite C
Sausalito, California 94965
Telephone: (415) 331-1100
Facsimile: (415) 331-1195