LORD, BISSELL & BROOK LLP
James H. Wynn (SBN: 188626)
jwynn@lordbissell.com
Gabriel G. Green (SBN 222445)
ggreen@lordbissell.com
300 South Grand Avenue, Eighth Floor
Los Angeles, CA  90071-3119
213.485.1500

Attorneys for Defendants
NBTY, Inc. and Rexall Sundown, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERAPEUTIC RESEARCH FACULTY ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> NBTY, INC. and REXALL SUNDOWN, INC. ) <br> ) <br> Defendants. ) <br> ) | CASE NO. 2:05-CV-02322 GEB DAD <br><br> **SUBSTITUTION OF ATTORNEYS FOR DEFENDANTS NBTY, INC. AND REXALL SUNDOWN, INC.** |

TO THE COURT AND TO ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that defendants NBTY, Inc. and Rexall Sundown, Inc. hereby requests that the Court approve the substitution of James H. Wynn and Gabriel G. Green of Lord, Bissell & Brook LLP, 300 South Grand Avenue, Eighth Floor, Los Angeles, California 90071, as attorney of record for defendants NBTY, Inc. and Rexall Sundown, Inc. in place and stead of Scott W. Pink and Rajiv Dharnidharka of DLA Piper Rudnick Gray Cary US LLP.

I consent to this substitution as the new attorney of record:

Dated: May 12, 2006                                    LORD, BISSELL & BROOK LLP


                                                       By:  /s/ JAMES H. WYNN
                                                       James H. Wynn
                                                       Attorney For Defendants
                                                       NBTY, Inc. and Rexall Sundown, Inc.

1

[SUBSTITUTION OF ATTORNEYS FOR DEFENDANTS NBTY, INC. AND REXALL SUNDOWN, INC.]

PDF created with pdfFactory trial version www.pdffactory.com

1  We consent to this substitution as the withdrawing attorneys of record:

2  Dated: May 12, 2006                                          DLA PIPER RUDNICK GRAY CARY US LLP

4                                                               By:        /s/ SCOTT PINK
                                                                Scott W. Pink
5                                                               Rajiv Dharnidharka
                                                                Former Attorneys For Defendants
6                                                               NBTY, Inc. and Rexall Sundown, Inc.

7  On behalf of defendants NBTY, Inc. and Rexall Sundown, Inc., I consent to this substitution:

8  Dated: May 12, 2006                                          NTBY, INC. and REXALL SUNDOWN, INC.

11                                                              By:   /s/ JENNIFER M. MONE
                                                                Jennifer M. Mone
12                                                              Associate General Counsel For Defendants
                                                                NBTY, Inc. and Rexall Sundown, Inc.

13  IT IS SO ORDERED:

14  DATED:  May 22, 2006

15                                                                 /s/ Garland E. Burrell, Jr.
                                                                GARLAND E. BURRELL, JR.

17                                                              United States District Judge

Lord, Bissell & Brook LLP
300 South Grand Avenue, Eighth Floor
Los Angeles, CA  90071-3119

PDF created with pdfFactory trial version www.pdffactory.com