LEVINE SULLIVAN KOCH & SCHULZ, LLP
Celeste Phillips (SBN 100066)
46 Bulkley Avenue
Suite C
Sausalito, California 94965
Telephone: (415) 331-1100
Facsimile: (415) 331-1195

Attorneys for Plaintiff
Therapeutic Research Faculty

LORD, BISSELL & BROOK LLP
Gabriel G. Green (SBN 222445)
ggreen@lordbissell.com
300 South Grand Avenue, Eighth Floor
Los Angeles, CA  90071-3119
Telephone: (213) 485-1500
Facsimile: (213) 485-1200

Attorneys for Defendants
NBTY, Inc. and Rexall Sundown, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERAPEUTIC RESEARCH FACULTY ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> NBTY, INC. and REXALL SUNDOWN, INC. ) <br> ) <br> Defendants. ) <br> ) | CASE NO. 2:05-CV-02322 GEB DAD <br><br> **STIPULATION AND ORDER TO CONTINUE THE JUNE 2, 2006 HEARING DATE FOR PLAINTIFF'S MOTION TO COMPEL** |

**WHEREAS,** plaintiff Therapeutic Research Faculty ("TRF") noticed a hearing for June 2, 2006, for its motion to compel further responses to the initial set of discovery requests propounded to defendant NBTY, Inc. ("NBTY");

**WHEREAS,** the parties are continuing to meet and confer regarding TRF's concerns with NBTY's discovery responses and are making progress at narrowing the issues that are in contention; and

/ / /

1

[STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE JUNE 2, 2006 HEARING DATE FOR PLAINTIFF'S MOTION TO COMPEL]

PDF created with pdfFactory trial version www.pdffactory.com

**WHEREAS,** the parties wish to continue the hearing date for TRF's motion to compel to allow for some additional time to attempt to informally resolve the issues that are in dispute.

**IT IS THEREFORE STIPULATED**, by and between TRF and NBTY, through their respective counsel of record, that the June 2, 2006 hearing for TRF's motion to compel be continued to June 23, 2006.

**IT IS SO STIPULATED:**

Dated: June 1, 2006          LEVINE SULLIVAN KOCH & SCHULZ, LLP

By: /s/
Celeste Phillips
Attorney For Plaintiff
Therapeutic Research Faculty

Dated: June 1, 2006          LORD, BISSELL & BROOK LLP

By: /s/
Gabriel G. Green
Attorney For Defendants
NBTY, Inc. and Rexall Sundown, Inc.

**IT IS SO ORDERED:**

Dated:   June 1, 2006

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.civil/therapeutic2322.ord

[STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE JUNE 2, 2006 HEARING DATE FOR PLAINTIFF'S MOTION TO COMPEL]

PDF created with pdfFactory trial version www.pdffactory.com