IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERAPEUTIC RESEARCH FACILITY,<br><br>              Plaintiff,<br><br>    v.<br><br>NBTY, INC.; and REXALL SUNDOWN, INC.,<br><br>              Defendants. | 02:05-cv-2322-GEB-DAD<br><br>ORDER[*] |

        On May 18, 2006, Plaintiff filed a motion for leave to file the Second Amended Complaint attached to the motion. Defendants filed a Statement of Non-opposition to Plaintiff's motion on June 8, 2006. Since Defendants do not oppose the motion and the motion does not adversely affect the Rule 16 Scheduling Order, the motion is granted. Therefore, Plaintiff has until June 19, 2006, to file and serve the referenced Second Amended Complaint.

        IT IS SO ORDERED.

Dated:  June 13, 2006

                              /s/ Garland E. Burrell, Jr.
                              GARLAND E. BURRELL, JR.
                              United States District Judge

---

    [*] This motion was determined to be suitable for decision without oral argument. L.R. 78-230(h).

1