Celeste Phillips (SBN 100066)
LEVINE SULLIVAN KOCH & SCHULZ, LLP
46 Bulkley Avenue
Suite C
Sausalito, California 94965
Telephone: (415) 331-1100
Facsimile: (415) 331-1195

Seth D. Berlin (admitted *pro hac vice*)
Chad R. Bowman (admitted *pro hac vice*)
LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.
1050 Seventeenth Street, N.W., Suite 800
Washington, D.C. 20036-5514
Telephone:  (202) 508-1100
Facsimile: (202) 861-9888

Attorneys for Plaintiff
Therapeutic Research Faculty

Gabriel G. Green (SBN 222445)
LORD, BISSELL & BROOK LLP
300 South Grand Avenue, Eighth Floor
Los Angeles, CA  90071-3119
Telephone: (213) 485-1500
Facsimile: (213) 485-1200

John T. Williams (*pro hac vice* application pending)
LORD, BISSELL & BROOK LLP
111 South Wacker Drive
Chicago, IL 60606
Telephone: (312) 443-0700
Facsimile: (312) 443-0336

Attorneys for Defendants
NBTY, Inc. and Rexall Sundown, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERAPEUTIC RESEARCH FACULTY<br><br>        Plaintiff,<br><br>    vs.<br><br>NBTY, INC. and REXALL SUNDOWN, INC.<br><br>        Defendants. | CASE NO. 2:05-CV-02322 GEB DAD<br><br>**STIPULATION AND ORDER TO CONTINUE THE JUNE 23, 2006 HEARING DATE FOR PLAINTIFF'S AND DEFENDANTS' CROSS-MOTIONS TO COMPEL** |

1

PDF created with pdfFactory trial version www.pdffactory.com

1   **WHEREAS,** plaintiff Therapeutic Research Faculty ("Plaintiff") noticed a hearing for
2   June 2, 2006, for its motion to compel further responses to the initial set of discovery requests
3   propounded to defendants NBTY, Inc. and Rexall Sundown, Inc. (collectively "Defendants");

4   **WHEREAS,** on or about June 1, 2006, upon stipulation of the parties, the Court continued
5   the hearing on Plaintiff's motion to compel to June 23, 2006;

6   **WHEREAS,** Defendants noticed a hearing for June 23, 2006, for their own motion to
7   compel further responses to the initial set of discovery requests propounded to Plaintiff;

8   **WHEREAS,** the parties are continuing to meet and confer regarding the discovery requests
9   that are the subject of the pending motions to compel and are making progress at narrowing the
10  issues that are in contention; and

11  **WHEREAS,** the parties wish to continue the hearing date for Plaintiff's motion to compel
12  and for Defendants' motion to compel to allow for some additional time to attempt to informally
13  resolve the issues that are in dispute.

14  / / /
15  / / /
16  / / /
17  / / /
18  / / /
19  / / /
20  / / /
21  / / /
22  / / /
23  / / /
24  / / /
25  / / /
26  / / /
27  / / /
28  / / /

2

[STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE JUNE 23, 2006 HEARING DATE FOR PLAINTIFF'S AND DEFENDANTS' CROSS-MOTIONS TO COMPEL]

**Lord, Bissell & Brook LLP**
300 South Grand Avenue, Eighth Floor
Los Angeles, CA  90071-3119

PDF created with pdfFactory trial version www.pdffactory.com

**IT IS THEREFORE STIPULATED**, by and between Plaintiff and Defendants, through their respective counsel of record, that the hearing for Plaintiff's motion to compel and the hearing for Defendants' motion to compel, which are calendared for June 23, 2006, be continued to July 21, 2006.

**IT IS SO STIPULATED:**

Dated: June 16, 2006    LEVINE SULLIVAN KOCH & SCHULZ, LLP

By:  /s/ Seth D. Berlin
Celeste Phillips
Seth D. Berlin
Chad R. Bowman
Attorneys For Plaintiff
Therapeutic Research Faculty

Dated: June 16, 2006    LORD, BISSELL & BROOK LLP

By:  /s/ Gabriel G. Green
John T. Williams
Gabriel G. Green
Attorneys For Defendants
NBTY, Inc. and Rexall Sundown, Inc.

**IT IS SO ORDERED:**

Dated:   June 20, 2006

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.civil/therapeutic2322.stipord.mtc

3

[STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE JUNE 23, 2006 HEARING DATE FOR PLAINTIFF'S AND DEFENDANTS' CROSS-MOTIONS TO COMPEL]

PDF created with pdfFactory trial version www.pdffactory.com