IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

THERAPEUTIC RESEARCH FACULTY,      )
                                   )      2:05-cv-2322-GEB-DAD
                    Plaintiff,     )
                                   )
      v.                           )      ORDER
                                   )
NBTY, INC., REXALL SUNDOWN, INC.,  )
and LE NATURISTE J.M.B., INC.,     )
                                   )
                    Defendants.    )
_____)

On October 10, 2006, the parties filed a Stipulation and Proposed Order in which they request that "the expert disclosure date be continued from October 27, 2006[,] to January 12, 2006, and the rebuttal expert disclosure date from November 27, 2006[,] to February 12, 2006."  (Stipulation and Proposed Order at 4.)  The parties' request is granted, except it is inferred that the parties meant to continue these dates to January 12, 2007, and February 12, 2007.

IT IS SO ORDERED.

Dated:  October 16, 2006

                              /s/ Garland E. Burrell, Jr.
                              GARLAND E. BURRELL, JR.
                              United States District Judge