IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERAPEUTIC RESEARCH FACULTY,<br><br>     Plaintiff,<br><br>   v.<br><br>NBTY, INC., REXALL SUNDOWN, INC.,<br>and LE NATURISTE J.M.B., INC.,<br><br>     Defendants. | 2:05-cv-2322-GEB-DAD<br><br><u>ORDER AUTHORIZING FILING</u><br><u>MATERIAL UNDER SEAL</u> |

   Defendants NBTY, Inc. and Rexall Sundown, Inc. filed a motion on December 11, 2006, in which they seek an order authorizing them to file unredacted copies of the following documents under seal:

    a. Defendants' Request for Partial Reconsideration of Magistrate Judge Dale A. Drozd's November 21, 2006, Order regarding Defendants' Motion to Compel ("Defendants' Request for Reconsideration"); and

    b. the Declaration of Gabriel G. Green (and exhibits thereto) supporting Defendants' Request for Reconsideration.

/////

/////

/////

/////

1

1       The motion is granted.

2       IT IS SO ORDERED.

3  Dated: December 12, 2006

        _____
        GARLAND E. BURRELL, JR.
        United States District Judge