Lord, Bissell & Brook LLP
300 South Grand Avenue, Eighth Floor
Los Angeles, CA 90071-3119

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERAPEUTIC RESEARCH FACULTY ) | CASE NO. 2:05-CV-02322 GEB DAD |
| ) | |
| Plaintiff, ) | |
| ) | **[PROPOSED] ORDER TO CONTINUE** |
| vs. ) | **UPCOMING CASE DEADLINES** |
| ) | |
| NBTY, INC., REXALL SUNDOWN, INC., and ) | |
| LE NATURISTE J.M.B. INC. ) | |
| ) | |
| Defendants. ) | |

Upon receiving notice that plaintiff Therapeutic Research Faculty ("TRF") and defendants NBTY, Inc. ("NBTY"), Rexall Sundown, Inc. ("Rexall"), and Le Naturiste J.M.B. Inc. ("Le Naturiste") (collectively the "Parties") have reached a settlement in this matter and upon consideration of the Parties' Stipulation to Continue Upcoming Case Deadlines and good cause appearing therefor, it is hereby Ordered that:

1. The February 5, 2007 deadline for NBTY and Rexall to file a response to TRF's Opposition to the Request for Reconsideration be continued to March 7, 2007;

2. The February 8, 2007 deadline for NBTY, Rexall, and Le Naturiste to file an Answer to the Second Amended Complaint and Counterclaim be continued to March 12, 2007; and

/ / /

/ / /

3.  The February 12, 2007 deadline for the Parties to exchange Rebuttal Expert Reports be continued to March 14, 2007.

**IT IS SO ORDERED.**

Entered this 5th day of February, 2007.

_____
HON. GARLAND E. BURRELL, JR.
UNITED STATES DISTRICT JUDGE