CELESTE PHILLIPS (State Bar No. 100066)
LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.
46 Bulkley Avenue, Suite C
Sausalito, California  94965
Telephone:  (415) 331-1100; Facsimile: (415) 331-1195

SETH D. BERLIN (admitted *pro hac vice*)
CHAD R. BOWMAN (admitted *pro hac vice*)
LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.
1050 Seventeenth Street, N.W., Suite 800
Washington, D.C. 20036-5514
Telephone:  (202) 508-1100; Facsimile: (202) 861-9888

Counsel for Plaintiff

GABRIEL G. GREEN (State Bar No. 222445)
LORD, BISSELL & BROOK LLP
300 South Grand Avenue, Eighth Floor
Los Angeles, CA  90071-3119
Telephone: (213) 485-1500; Facsimile: (213) 485-1200

JOHN T. WILLIAMS (*pro hac vice* application pending)
LORD, BISSELL & BROOK LLP
111 South Wacker Drive
Chicago, IL 60606
Telephone: (312) 443-0700; Facsimile: (312) 443-0336

Counsel for Defendants

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| THERAPEUTIC RESEARCH FACULTY, )<br>)<br>Plaintiff, )<br>)<br>)<br>vs. )<br>)<br>NBTY, INC., REXALL SUNDOWN, INC., )<br>and LE NATURISTE J.M.B. INC. )<br>)<br>Defendants. )<br>) | Case No. 2:05-CV-02322-GEB-DAD<br><br>**STIPULATION AND ORDER TO CONTINUE THE FEBRUARY 9, 2007 HEARING DATE FOR PLAINTIFF'S MOTION TO COMPEL DEFENDANT LE NATURISTE** |

**WHEREAS,** plaintiff Therapeutic Research Faculty ("TRF") and defendants NBTY, Inc. ("NBTY"), Rexall Sundown, Inc. ("Rexall"), and Le Naturiste J.M.B. Inc. ("Le Naturiste") (collectively, the "Parties") provided the Court notice pursuant to Local Rule 16-160 on Friday,

1

February 2, 2007, that they reached a global settlement of this matter on February 1, 2007, and are working diligently to memorialize settlement releases and a stipulation of dismissal with prejudice; and

**WHEREAS,** the Court in an February 5, 2007, Order (Dkt. 97) extended several filing deadlines to allow for sufficient time for the Parties to prepare final settlement documents and to ensure that the Parties and the Court need not incur the time and/or expense in preparing pleadings and/or addressing issues that will ultimately be mooted; and

**WHEREAS,** the Parties similarly jointly seek a continuance of the hearing date for TRF's the motion to compel Le Naturiste;

**IT IS THEREFORE STIPULATED**, by and between the Parties, through their respective counsel of record, that the hearing on the motion to compel Le Naturiste, which is calendared for February 9, 2007, be continued by four weeks, to March 9, 2007.

**IT IS SO STIPULATED:**

Dated: February 6, 2007                LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.

By:_____/s/ Chad R. Bowman_____
   Celeste Phillips
   Seth D. Berlin
   Chad R. Bowman
   *Attorneys For Plaintiff*
   Therapeutic Research Faculty

LORD, BISSELL & BROOK LLP

By:_____/s/ Gabriel G. Green_____
   John T. Williams
   Gabriel G. Green
   *Attorneys For Defendants*
   NBTY, Inc. and Rexall Sundown, Inc.

IT IS SO ORDERED:

DATED:  February 6, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.civil/therapeutic2322.stipord

2