| | |
|---|---|
| 1 | LEVINE SULLIVAN KOCH & SCHULZ, LLP |
| 2 | Celeste Phillips (State Bar No. 100066) |
|   | 46 Bulkley Avenue, Suite C |
| 3 | Sausalito, California 94965 |
|   | Telephone: (415) 331-1100; Facsimile: (415) 331-1195 |
| 4 | |
|   | LEVINE SULLIVAN KOCH & SCHULZ, LLP |
| 5 | Seth D. Berlin (admitted *pro hac vice*) |
|   | Chad R. Bowman (admitted *pro hac vice*) |
| 6 | 1050 Seventeenth Street, N.W., Suite 800 |
| 7 | Washington, D.C. 20036-5514 |
|   | Telephone: (202) 508-1100; Facsimile: (202) 861-9888 |
| 8 | |
|   | Counsel for Plaintiff |
| 9 | Therapeutic Research Faculty |
| 10 | LORD, BISSELL & BROOK LLP |
|    | Gabriel G. Green (SBN 222445) |
| 11 | ggreen@lordbissell.com |
|    | 300 South Grand Avenue, Eighth Floor |
| 12 | Los Angeles, CA 90071-3119 |
| 13 | Telephone: (213) 485-1500; Facsimile: (213) 485-1200 |
| 14 | LORD BISSELL & BROOK LLP |
|    | John T. Williams (*Pro Hac Vice Application Pending*) |
| 15 | jwilliams@lordbissell.com |
|    | 111 South Wacker Drive |
| 16 | Chicago, IL 60606 |
|    | Telephone: (312) 443-0700; Facsimile: (312) 443-0336 |
| 17 | Attorneys for Defendants |
| 18 | NBTY, Inc., Rexall Sundown, Inc., and |
|    | Le Naturiste J.M.B. Inc. |

(Left margin: **Lord, Bissell & Brook LLP**, 300 South Grand Avenue, Eighth Floor, Los Angeles, CA 90071-3119)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| THERAPEUTIC RESEARCH FACULTY | ) | CASE NO. 2:05-CV-02322 GEB DAD |
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) | **STIPULATION AND [PROPOSED]** |
| vs. | ) | **ORDER FOR DISMISSAL OF THE** |
|  | ) | **ENTIRE ACTION WITH PREJUDICE** |
| NBTY, INC., REXALL SUNDOWN, INC., and | ) |  |
| LE NATURISTE J.M.B., INC. | ) |  |
|  | ) |  |
| Defendants. | ) |  |
|  | ) |  |

**WHEREAS,** plaintiff Therapeutic Research Faculty ("Plaintiff") and defendants NBTY, Inc., Rexall Sundown, Inc., and Le Naturiste J.M.B. Inc. (collectively, "Defendants") have reached a settlement in this matter whereby Plaintiff has agreed to dismiss the entire action against Defendants with prejudice, with each party to bear its own attorneys' fees and costs incurred in this action;

**IT IS HEREBY STIPULATED** by and among plaintiff Therapeutic Research Faculty, on the one hand, and defendants NBTY, Inc., Rexall Sundown, Inc., and Le Naturiste J.M.B. Inc., on the other hand, by and through their respective attorneys of record, that the entire action shall be dismissed with prejudice, with each party to bear its own attorneys' fees and costs incurred in this action. The Court will retain jurisdiction to enforce the payment terms of the settlement for a period of thirty (30) days.

**IT IS SO STIPULATED:**

Dated: February 23, 2007

Respectfully submitted,

LEVINE SULLIVAN KOCH & SCHULZ, LLP

By:   /s/ Chad R. Bowman
Celeste Phillips
Seth D. Berlin
Chad R. Bowman
Attorney For Plaintiff
Therapeutic Research Faculty

Dated: February 23, 2007

Respectfully submitted,

LORD, BISSELL & BROOK LLP

By:   /s/ Gabriel G. Green
John T. Williams
Gabriel G. Green
Attorney For Defendants
NBTY, Inc., Rexall Sundown, Inc., and
Le Naturiste J.M.B. Inc.

**IT IS SO ORDERED:**

Dated: _____

_____
HON. GARLAND E. BURRELL, JR.
United States District Judge